ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL III

| | | |
|---|---|---|
| VILLA VISTA MELONES, LLC; JOSÉ LUIS RODRÍGUEZ RIVERA<br><br>Apelantes<br><br>V.<br><br>LA QUINTA, SE Y OTROS<br><br>Apelados | TA2026AP00078 | Apelación procedente del Tribunal de Primera Instancia, Sala Superior de Fajardo<br><br>Caso Núm.: NSCI201700527<br><br>Sobre: Incumplimiento de contrato |

Panel integrado por su presidente, el Juez Hernández Sánchez, el Juez Rivera Torres y el Juez Marrero Guerrero.

**SENTENCIA**

En San Juan, Puerto Rico, a 20 de febrero de 2026.

Considerada la *Moción de Desistimiento con Perjuicio* presentada el 19 de febrero de 2026 por los apelantes, se declara:

Ha Lugar.

De conformidad con lo dispuesto en la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA,* 2025 TSPR 141, 217 DPR __ (2025), se ordena el archivo de este caso por desistimiento, con perjuicio.

Notifíquese.

Lo acuerda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones